# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT SHARPE, III,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 70685

**FILED**

NOV 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court; Richard Scotti, Judge.

Appellant's counsel filed a notice of suggestion of death pursuant to NRAP 43. On August 22, 2017, this court entered an order directing appellant's personal representative, if any, to file a motion for substitution with this court by October 9, 2017, if he or she wished to proceed with this appeal. NRAP 43(a)(1). We cautioned that if no personal representative was substituted within the allotted time, the appeal would be dismissed and the conviction would stand. *See Brass v. State*, 129 Nev. 527, 530, 306 P.3d 393, 395 (2013). Because no personal representative of appellant has filed a motion for substitution in this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.          _____, J.
Gibbons                                Pickering

cc: Hon. Richard Scotti, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk